IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | * |
| | * CASE NO. 10-02679 ESL |
| JOSE MANUEL ROSADO LARA | * |
| OLGA LYDIA FERNANDEZ VAZQUEZ | * CHAPTER 13 |
| | * |
| DEBTORS | * |

### DEBTORS' MOTION REQUESTING COURT AUTHORITY TO INCUR IN CREDIT/HOME MORTGAGE MODIFICATION PROGRAM

TO THE HONORABLE COURT:

NOW COME, **JOSE MANUEL ROSADO LARA and OLGA LYDIA FERNANDEZ VAZQUEZ,** debtors, through the undersigned attorney, and very respectfully state and pray as follows:

1. On April 1, 2010, the debtors filed the above captioned bankruptcy case under Chapter 13, 11 USC §§1301 et. seq. An Order confirming the debtors' proposed Plan dated May 11, 2010, was entered on June 4, 2010, docket no. 22.

2. Secured creditor Santander de Puerto Rico ("Santander") has offered debtors a mortgage loan modification under the Loss Mitigation Program, whereby the debtors will reduce their monthly mortgage loan payment from $764.50 to $417.51.

3. A copy of Santander's modification offer is hereby attached to this motion, which final approval is pending the Court's disposition of this request for authority to incur in said post-petition mortgage loan modification.

4. The debtors need this modification in order to continue making current direct post-petition mortgage loan payments to Santander on their real property.

5. The debtors are able to pay Santander the sum of $417.51 in order to pay the current direct mortgage loan payments to said creditor.

6. The debtors are current in their confirmed Plan payments to the Trustee and respectfully understand that they have the financial ability to incur in the loan modification with Santander to pay the $417.51 per month, thus, they respectfully request that the Court grant them authorization to incur in this post-petition loan modification and continue with the closing of this loan modification with Santander, which will allow them to retain possession of their real property.

7. The debtors hereby request authorization from the Court to:

    a. incur in a post-petition mortgage loan modification with secured creditor Santander.

8. Based on the aforementioned, debtors respectfully request this motion be granted and the Court enter an Order allowing debtors to incur in the post-petition loan modification as herein described. 11 U.S.C. Section 364; Rule 4001 (c) of the Federal Rules of Bankruptcy Procedure.

**WHEREFORE**, debtors respectfully request this Honorable Court grant the present motion authorizing the debtors' request to incur in post-petition loan modification, as herein submitted.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other**

party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

I CERTIFY that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which sill send notice of same to the Chapter 13 Trustee and all system participants; I also certify that a copy of this motion was sent via US Mail to the debtor; and to all creditors and parties in interest appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 6th day of September, 2011.

/s/R. Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203624
ATTORNEY FOR PETITIONERS
PO BOX 193677 SAN JUAN PR 00919-3677
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com



## MODIFICATION RECAST PAYMENT

Borrower: JOSE ROSADO LARA
Co-Borrower: OLGA FERNANDEZ VAZQUEZ

| ORIGINAL LOAN DATA | | MODIFICATION DATA | |
|---|---|---|---|
| | | CURRENT VALUE | $140,000.00 |
| ACCOUNT NUMBER | 9831754 | INTEREST RATE | 3.000% |
| TYPE/INVESTOR | C/V SANTANDER | MODIFIED TERM | 480 |
| ORIGINAL LOAN | $119,000.00 | EFFECTIVE PERIOD | 24 |
| ORIGINAL APPRAISAL | $140,000.00 | PRINCIPAL BALANCE | 103,454.47 |
| ORIGINAL LTV | 85% | INTEREST BALANCES | 4,795.01 |
| DATE OF LOAN | April 12, 2004 | ESCROW | 248.30 |
| MATURITY DATE | May 1, 2029 | LEGAL CHARGES | - |
| AMORTIZATION TERM | 300 | NOTARY FEES MODIFICATION | 494.00 |
| PAYMENTS MADE | 72 | SIMS FEES | 700.00 |
| REMAINING TERM | 228 | | - |
| CURRENT P&I | $ 739.67 | LESS: SECOND MORTGAGE | - |
| CURR. ESCROW PMT | 24.83 | MODIFICATION AMOUNT | $ 109,691.78 |
| TOTAL PAYMENT | $ 764.50 | NEW LTV | 78% |
| CURRENT HOUSING RATIO | 38% | MODIFICATION NEW P & I | $ 392.68 |
| **DELINQUENCY DATA** | | ESCROW PMT | 24.83 |
| | | NEW MONTHLY PMT | $ 417.51 |
| NEXT PAYMENT | June 1, 2010 | PAYMENT REDUCTION AMOUNT | (346.99) |
| INTEREST RATE | 5.6250% | REDUCTION % | -45% |
| NUMBER OF PMTS DUE | 9 | NEW HOUSING RATIO | 21% |
| TOTAL PAYMENTS DUE | 6,880.50 | NEW FIRST PAYMENT | 4/1/2011 |
| LATE CHARGES | 477 | NEW MATURITY | 5/1/2029 |
| BANK FEES | 25 | NEW REMAINING TERM | 218 |
| ESCROW | - | REMAINING AFTER MOD PERIOD | 194 |
| LEGAL EXPENSES | - | BALLOON AT ORIGINAL MATURITY | 31,367.87 |
| LESS: SUSPENSE FUNDS | - | **TO BE PAID BY CLIENT (NOT CAPITALIZED)** | |
| TOTAL DUE | $ 7,382.96 | | |
| COMMENTS: ESTAS CANTIDADES SON ESTIMADAS SUJETAS A APROBACION. | | TITLE SEARCH | $ 50.00 |
| | | CREDIT REPORT | - |
| | | LATE CHARGES | 477.46 |
| | | BANK FEES | 25.00 |
| | | FLOOD DETERMINATION | - |
| | | LEGAL CHARGES | - |
| APPROVED BY: | | NOTARY FEES MODIFICATION | - |
| | | SIMS FEES | - |
| DATE: | | STAMP & VOUCHERS MODIFICATION | - |
| | | SUSPENSE FUNDS | - |
| | | TOTAL MODIFICATION FEES | $ 552.46 |
| | | PREPARED BY | RAFAEL MORALES |
| | | DATE | 3/10/2011 |

| | |
|---|---|
| ROSADO LARA, JOSE MANUEL<br>HC 50 BOX 23480<br>SAN LORENZO, PR 00754 | LIBERTY CABLEVISION-PR<br>PO BOX 8759<br>CAGUAS, PR 00726-8759 |
| FERNANDEZ VAZQUEZ, OLGA LYDIA<br>HC 50 BOX 23480<br>SAN LORENZO, PR 00754 | LUIS A. SANCHEZ PONT<br>PO BOX 363769<br>SAN JUAN, PR 00936-3769 |
| R. Figueroa Carrasquillo<br>Law Office<br>PO Box 193677<br>San Juan, PR 00919-3677 | P & V COLLECTION SERVICES, INC<br>PO BOX 11506<br>SAN JUAN, PR 00910 |
| AAA<br>PO BOX 70101<br>SAN JUAN, PR 00936-8101 | PERFORMANCE CAPITAL<br>CITIBANK<br>7001 VILLAGE DR STE 255<br>BUENA PARK, CA 90621 |
| AEE<br>PO BOX 363508<br>SAN JUAN, PR 00936-3508 | |
| BANCO POPULAR DE PR<br>PO BOX 363228<br>SAN JUAN, PR 00936-3228 | |
| BANCO SANTANDER<br>PO BOX 362589<br>SAN JUAN, PR 00936-2589 | |
| CENTENNIAL DE PR<br>PO BOX 71514<br>SAN JUAN, PR 00936-8614 | |
| COMMOLOCO INC<br>PO BOX 71325<br>SAN JUAN, PR 00936-8425 | |
| CRESCA CORP<br>PMB 92<br>PO BOX 71325<br>SAN JUAN, PR 00936-8425 | |